UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| TITAN DEVELOPMENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 19-448-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| FIRST AMERICAN TITLE INSURANCE COMPANY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have informally advised the Court that they have reached a tentative settlement of the claims in this matter. Accordingly, it is hereby

**ORDERED** that all pending schedules and deadlines are **CANCELED**. The parties are directed to tender a proposed agreed order of dismissal within **30 days**.

Dated: January 30, 2020.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky