UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| TITAN DEVELOPMENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 19-448-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| FIRST AMERICAN TITLE | ) | **ORDER** |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have tendered a proposed agreed order of dismissal indicating that they have resolved the claims raised in this matter.  [Record No. 16]  Accordingly, it is hereby

**ORDERED** as follows:

1.     The parties' proposed agreed order of dismissal [Record No. 16], which is docketed as a motion, is **GRANTED**.

2.     The plaintiff's claims are **DISMISSED**, with prejudice.  This matter is **STRICKEN** from the Court's docket.

Dated: February 12, 2020.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky